■ FRANK G. CARUSO, Appellant, v ALSIDE SUPPLY COMPANY, DIVISION OF ALSIDE, INC., Respondent. Memorandum: Special Term properly denied plaintiff's motion for a declaratory judgment. The court lacked jurisdiction to grant declaratory relief because there was no underlying action or special proceeding *(see,* 3 Weinstein-Korn-Miller, NY Civ Prac ¶ 3001.12; *see also,* CPLR 3001). The record does not reflect that either a summons, notice of petition or order to show cause commencing an action or special proceeding was served upon the defendant *(see,* CPLR 304). (Appeal from order of Supreme Court, Monroe County, Boehm, J.—declaratory judgment.) Present—Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.